**FILED & ENTERED**

**JAN 09 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Carla Lanette Martinez,<br><br><br>Debtor(s) | Case No.:    2:24-bk-13606-NB<br>Chapter:    7 |
| Carla Lanette Martinez; Christopher Martinez,<br><br>Plaintiff(s)<br><br>v.<br><br>Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes,<br><br>Defendant(s) | Adv. No.: 2:24-ap-01251-NB<br><br>**ORDER DISMISSING COMPLAINT AND BARRING ANY FUTURE BANKRUPTCY LITIGATION ARISING FROM SAME NUCLEUS OF OPERATIVE FACTS**<br><br>Hearing Date:<br>Date:  January 7, 2025<br>Time:  11:00 a.m.<br>Place: Courtroom 1545<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br>(or via Zoomgov per posted procedures) |

At the time and place set forth above, this Court held a status conference in this adversary proceeding. In advance of the status conference, this Court issued a tentative ruling indicating its intent to (x) dismiss this adversary proceeding, (y) deny leave to amend the complaint, and (z) bar Plaintiffs/Debtors from filing any more adversary proceedings against any of Defendants in this Court. A copy of the tentative

ruling is attached as **Exhibit A** and incorporated as the actual ruling except as modified and/or supplemented by this Order.  Appearances were as noted on the record. Plaintiffs appeared in person to contest the tentative ruling.  None of the Defendants appeared, either individually or through counsel.

For the reasons stated in the tentative ruling and on the record, pursuant to Rule 52(a)(1) (Fed. R. Civ. P.) (incorporated by Rules 7052 & 9014(c) (Fed. R. Bankr. P.)), it is hereby ORDERED:

1. The Complaint is DISMISSED without leave to amend.
2. For the avoidance of doubt, Plaintiffs/Debtor are not permitted to file any more adversary proceeding complaints or any motions or other papers in this Bankruptcy Court or in any future bankruptcy proceedings re-asserting claims that were raised, or could have been raised, (x) in their litigation in nonbankruptcy courts, (y) in connection with their complaint filed in a prior adversary proceeding entitled *Martinez et al., v. Garcia Tirado Family Trust et al.* (Adversary No. 2:24-ap-01178) (the "Prior BK Proceeding"), which this Court orally dismissed at a hearing on September 24, 2024 at 11:00 a.m., or (z) in this adversary proceeding.
3. This Court is concurrently issuing an order dismissing the Prior BK Proceeding.

###

Date: January 9, 2025

Neil W. Bason
United States Bankruptcy Judge

# **EXHIBIT A**

**Tentative Ruling:**
<u>Appearances required</u>.

The tentative ruling is to dismiss this adversary proceeding.  The tentative ruling is to deny leave to amend the complaint, and bar Plaintiffs/Debtors from filing any more adversary proceedings against any of Defendants in this Court.

(1) <u>Background</u>

Plaintiffs/Debtors filed a prior adversary proceeding (Adv. No. 2:24-ap-01178-NB, "Prior BK Proceeding") which named most of the same defendants as this current adversary proceeding and asserted what appears to be the same purported wrongdoing (plus an alleged violation of the automatic stay).  At a hearing on 9/24/24 at 11:00 a.m. this Court orally dismissed that adversary proceeding, and did not grant Plaintiffs/Debtors leave to amend their complaint.

The basis for that oral dismissal was that (a) the claims asserted in that Prior BK Proceeding arose from a 2011 foreclosure sale that was the subject of nonbankruptcy litigation (the "Prior NonBK Proceeding"), (b) Plaintiffs/Debtors did not dispute that before the bankruptcy petition was filed there was already a judgment for eviction and a writ of possession in defendants' favor in the Prior NonBK Proceeding (*see id.,* adv. dkt. 19, p. 2:6-15), (c) therefore, the automatic stay did not apply, and all the issues were nonbankruptcy *issues that should have been litigated in the Prior NonBK Proceeding* - in other words, in legal terminology, claim and issue preclusion barred Plaintiffs/Debtors from pursuing claims that were raised or could have been raised in the Prior NonBK Proceeding.

(2) <u>Analysis</u>.

The tentative ruling is that the same reasoning applies in this adversary proceeding as in the Prior BK Proceeding.  In addition, the Prior BK Proceeding was orally dismissed without any leave being granted to file any amended complaint, and this current adversary proceeding appears to be an attempt to do an "end run" around that ruling.  In sum, the claims asserted by Plaintiffs/Debtors appear to be barred by claim and issue preclusion both (a) from the Prior NonBK Proceeding and, alternatively, (b) from the Prior BK Proceeding.

(3) <u>Missing order</u>.  This Court orally ordered counsel for the principal Defendants to lodge a proposed order dismissing the Prior BK Proceeding within 7 days after the hearing on 9/24/24 at 11:00 a.m.  But no order has been lodged.  Why not?

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone.  For ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing, no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

**Plaintiffs**
**Carla Lanette Martinez & Christopher Martinez**
3964 Redwood Avenue
Los Angeles, CA 90066

**Defendants**
**Garcia Tirado Family Trust, Richard Garcia, & Cynthia Tirado**
c/o Steven J. Cooper, Esq.
The Law Offices of Steven J. Cooper
21515 Hawthorne Blvd, Ste 980
Torrance, CA 90503

**Reliable Trust Deed Services**
19510 Ventura Blvd., Ste 214
Tarzana, CA 91356

**Everardo Miramontes**
c/o Age of Technology
11704 Culver Blvd.
Los Angeles, CA 90066

☐ Service information continued on attached page

Date:  1/9/2025    Signature:  /s/ Sharon Sumlin

Deputy Clerk [*printed name*]:  Sharon Sumlin